## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 922(n) |
| **GREGORY WILLIAMS,** | : | **(Unlawful Possession of a Firearm by a** |
| | : | **Person Under Indictment for a Crime** |
| Defendant. | : | **Punishable by Imprisonment for a Term** |
| | : | **Exceeding One Year)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),** |
| | : | **21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)** |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about April 27, 2022, within the District of Columbia, **GREGORY WILLIAMS**, knowing that he was under Indictment for a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Case Number 20-CR-54 (ABJ), did unlawfully and knowingly receive and possess a firearm, that is a black revolver with serial number WCTG-208, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Under Indictment for a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(n))

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or

used in the knowing commission of the offense, including but not limited to a Black Revolver with serial number WCTG-208.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Meredith E. Mayer-Dempsey*
MEREDITH E. MAYER-DEMPSEY
N.Y. Attorney No. 5213202
Assistant United States Attorney
Federal Major Crimes Section
601 D Street NW
Washington, D.C. 20530
(202) 815-4063
Meredith.Mayer-Dempsey@usdoj.gov